THE HONORABLE RICHARD A. JONES

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ZIRKLE,<br><br>Defendant. | Case No. 2:18-cr-00277-RAJ<br><br>ORDER GRANTING DEFENDANT JEFFREY ZIRKLE'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The Court, having considered Defendant's Unopposed Motion for Early Termination of Supervised Release, hereby ORDERS that the motion (Dkt. 80) is GRANTED.  The remaining term of Mr. Zirkle's supervised release is terminated.

DATED this 15th day of April, 2024.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE – PAGE 1
Case No. 2:18-cr-00277-RAJ

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401